

NUMBER 13-14-00432-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF Y. C., A CHILD

On Appeal from the 398th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Arabella Tijerina, filed an appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number F-1074-10-I. Appellant has filed an unopposed motion to dismiss or withdraw the appeal and requests that this Court dismiss and/or withdraw the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss or withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the

appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of February, 2015.